UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD METCALFE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; DEPARTMENT OF CORRECTIONS & REHABILITATION; SALINAS VALLEY STATE PRISON (SVSP) WARDEN A. HEDGPETH; FORMER SVSP WARDEN M. EVANS; FORMER SVSP CHIEF DEPUTY WARDEN G. NEOTTI; FORMER SVSP CHIEF DEPUTY WARDEN G. LEWIS; CORRECTIONAL TRAINING FACILITY (CTF) WARDEN R. GROUNDS; FORMER CTF WARDEN(A) C. NOLL; and DOES 1 THROUGH 50 INCLUSIVE,<br><br>Defendants. | Case No.: 5:12-CV-1445-LHK<br><br>ORDER CONTINUING ORDER TO SHOW CAUSE HEARING |

IT IS HEREBY ORDERED that the order to show cause hearing currently scheduled for September 5, 2012, is CONTINUED to Wednesday, October 24, 2012, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 4, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-1445
ORDER CONTINUING ORDER TO SHOW CAUSE HEARING