UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD METCALFE,<br><br>                 Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; SALINAS VALLEY STATE PRISON ("SVSP") WARDEN A. HEDGPETH; FORMER SVSP WARDEN M. EVANS; FORMER SVSP CHIEF DEPUTY WARDEN G. NEOTTI; FORMER SVSP CHIEF DEPUTY WARDEN G. LEWIS; CORRECTIONAL TRAINING FACILITY ("CTF") WARDEN R. GROUNDS; FORMER CTF WARDEN(A) C. NOLL; and DOES 1 THROUGH 50 INCLUSIVE,<br><br>                 Defendants. | Case No.: 5:12-CV-1445-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

      The parties have submitted a Joint Case Management Conference Statement ("Statement"). ECF No. 22. In the Statement, the parties state that the factual issues raised in Plaintiff Ronald Metcalfe's Complaint are "extraordinarily complex, both factually and legally…." *Id.* Plaintiffs further state that they have not had an opportunity to exchange their initial disclosures and do not anticipate being able to exchange their initial disclosures in advance of the October 31, 2012 Case Management Conference. *Id.* The parties also state that they believe it would be "productive to discuss with their principles… whether or not a form of ADR might be productive…." *Id.* The parties request that they be provided with an additional 60-90 days to allow them "to come to an

1

Case No.: 12-CV-1445
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

agreement regarding ADR, early discovery efforts, timing of initial disclosures, and to come up with a discovery plan, so that they [may] submit a more informed CMC statement to [the] Court." *Id.*

While the Court recognizes that the Case Management Conference was scheduled on short notice, a 60 to 90 day extension would unnecessarily postpone the initial Case Management Conference. This case was filed in March 2012. Defendants filed their answers in mid-August and early September 2012. Moreover, as to the parties' statement that they are working to reach agreement on the timing of initial disclosures, Federal Rule of Civil Procedure 26 governs the timing of initial disclosures, and the Court disfavors deviation from the Federal Rules. Nonetheless, based on the shortness of the notice of the Case Management Conference, the Court believes some extension is appropriate. Accordingly, the Case Management Conference is hereby CONTINUED from October 31, 2012 to November 20, 2012 at 1:30 p.m. The parties' Case Management Conference Statement is due November 13, 2012.

**IT IS SO ORDERED.**

Dated: October 25, 2012

_____
LUCY H. KOH
United States District Judge