1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RONALD METCALFE,                                )      Case No.: 5:12-CV-1445-LHK
                                                )
                    Plaintiff,                  )
                                                )      ORDER SOLICITING STATUS
          v.                                    )      REPORT
                                                )
CALIFORNIA DEPARTMENT OF                         )
CORRECTIONS & REHABILITATION;                    )
SALINAS VALLEY STATE PRISON ("SVSP"))
WARDEN A. HEDGPETH; FORMER SVSP                  )
WARDEN M. EVANS; FORMER SVSP CHIEF)
DEPUTY WARDEN G. NEOTTI; FORMER                  )
SVSP CHIEF DEPUTY WARDEN G. LEWIS; )
CORRECTIONAL TRAINING FACILITY                   )
("CTF") WARDEN R. GROUNDS; FORMER                )
CTF WARDEN(A) C. NOLL; and DOES 1                )
THROUGH 50 INCLUSIVE,                            )
                                                )
                    Defendants.                 )
_____ )

      The parties have submitted a joint case management statement in which the parties state

that they have engaged the services of a mediator and have scheduled the mediation for Friday,

February 15, 2013.  The parties represent that should the case not settle on February 15, 2013,

Plaintiff will dismiss the federal lawsuit and re-file an action in state court.  The parties are hereby

ORDERED to file a status report regarding their mediation by 11 a.m. on February 19, 2013.  The

case management conference scheduled for February 20, 2013 at 2:00 p.m. remains as set.

Case No.:  12-CV-1445
ORDER SOLICITING STATUS REPORT

**IT IS SO ORDERED.**

Dated:  February 15, 2013

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

Case No.:  12-CV-1445
ORDER SOLICITING STATUS REPORT