UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD METCALFE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; SALINAS VALLEY STATE PRISON ("SVSP") WARDEN A. HEDGPETH; FORMER SVSP WARDEN M. EVANS; FORMER SVSP CHIEF DEPUTY WARDEN G. NEOTTI; FORMER SVSP CHIEF DEPUTY WARDEN G. LEWIS; CORRECTIONAL TRAINING FACILITY ("CTF") WARDEN R. GROUNDS; FORMER CTF WARDEN(A) C. NOLL; and DOES 1 THROUGH 50 INCLUSIVE,<br><br>　　　　　Defendants. | Case No.: 5:12-CV-1445-LHK<br><br>ORDER REGARDING FILING OF STIPULATION OF DISMISSAL; ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

On February 19, 2013, Plaintiff Ronald Metcalfe filed a status report in which Plaintiff states "that at the mediation conducted in this case on Friday, February 15, 2013, a conditional settlement of the entire action was reached, subject to internal approvals within CDCR, necessary governmental approvals, and execution of a formal settlement agreement and release in proper form." ECF No. 32. Plaintiff requests that the case management conference scheduled for February 20, 2013 be continued for thirty days. *See id.*

1

The Court hereby CONTINUES the case management conference set for February 20, 2013 to March 27, 2013 at 2:00 p.m.  The Court also ORDERS that the parties file their stipulation of dismissal by March 20, 2013.  If the parties are unable to file a stipulation of dismissal by March 20, 2013, the parties must file a joint case management statement instead.  In the parties' joint case management statement, the parties must provide an update on the status of the settlement.

**IT IS SO ORDERED.**

Dated: February 19, 2013

_____
LUCY H. KOH
United States District Judge