1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD METCALFE,<br><br>                Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS & REHABILITATION;<br>SALINAS VALLEY STATE PRISON ("SVSP")<br>WARDEN A. HEDGPETH; FORMER SVSP<br>WARDEN M. EVANS; FORMER SVSP CHIEF<br>DEPUTY WARDEN G. NEOTTI; FORMER<br>SVSP CHIEF DEPUTY WARDEN G. LEWIS;<br>CORRECTIONAL TRAINING FACILITY<br>("CTF") WARDEN R. GROUNDS; FORMER<br>CTF WARDEN(A) C. NOLL; and DOES 1<br>THROUGH 50 INCLUSIVE,<br><br>                Defendants. | Case No.: 5:12-CV-1445-LHK<br><br>SECOND ORDER REGARDING<br>FILING OF STIPULATION OF<br>DISMISSAL; ORDER CONTINUING<br>CASE MANAGEMENT<br>CONFERENCE |

21
22
23
24
25
26

On February 19, 2013, Plaintiff Ronald Metcalfe filed a status report in which Plaintiff stated "that at the mediation conducted in this case on Friday, February 15, 2013, a conditional settlement of the entire action was reached, subject to internal approvals within CDCR, necessary governmental approvals, and execution of a formal settlement agreement and release in proper form." ECF No. 32. Plaintiff requested that the case management conference scheduled for February 20, 2013 be continued for thirty days. *See id.* Plaintiff's request was granted and the

27
28

1

Case No.: 12-CV-1445
SECOND ORDER REGARDING FILING OF STIPULATION OF DISMISSAL; ORDER CONTINUING CASE MANAGEMENT CONFERENCE

case management conference was continued to March 20, 2013. ECF No. 33. The parties were ordered to file their stipulation of dismissal by March 20, 2013. *Id.*

On March 20, 2013, the parties filed a status report in which the parties state that they are still waiting for the CDCR to grant final approval of the terms of the settlement and have, accordingly, been unable to file their stipulation of dismissal. ECF No. 34. The parties state that final approval should be obtained within 6 weeks. *Id.* The parties request that the Court continue the case management conference to allow the parties additional time to finalize the settlement. *Id.*

The Court hereby CONTINUES the case management conference to May 29, 2013. The parties shall submit their stipulation of dismissal by May 22, 2013.

**IT IS SO ORDERED.**

Dated: March 25, 2013

_____
LUCY H. KOH
United States District Judge

2
Case No.: 12-CV-1445
SECOND ORDER REGARDING FILING OF STIPULATION OF DISMISSAL; ORDER CONTINUING CASE MANAGEMENT CONFERENCE