UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD METCALFE,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; SALINAS VALLEY STATE PRISON ("SVSP") WARDEN A. HEDGPETH; FORMER SVSP WARDEN M. EVANS; FORMER SVSP CHIEF DEPUTY WARDEN G. NEOTTI; FORMER SVSP CHIEF DEPUTY WARDEN G. LEWIS; CORRECTIONAL TRAINING FACILITY ("CTF") WARDEN R. GROUNDS; FORMER CTF WARDEN(A) C. NOLL; and DOES 1 THROUGH 50 INCLUSIVE,<br><br>Defendants. | Case No.: 5:12-CV-1445-LHK<br><br>THIRD ORDER REGARDING FILING OF STIPULATION OF DISMISSAL; ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

On February 19, 2013, Plaintiff Ronald Metcalfe filed a status report in which Plaintiff stated "that at the mediation conducted in this case on Friday, February 15, 2013, a conditional settlement of the entire action was reached, subject to internal approvals within CDCR, necessary governmental approvals, and execution of a formal settlement agreement and release in proper form." ECF No. 32. Plaintiff requested that the Case Management Conference scheduled for February 20, 2013 be continued for thirty days. *See id.* Plaintiff's request was granted and the Case Management Conference was continued to March 20, 2013. ECF No. 33. The parties were

1

Case No.: 12-CV-1445
THIRD ORDER REGARDING FILING OF STIPULATION OF DISMISSAL; ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1  ordered to file their Stipulation of Dismissal by March 20, 2013.  *Id.*  On March 25, 2013, the
2  parties again requested that the Case Management Conference be continued.  ECF No. 34.  The
3  Court granted this request and the Case Management Conference was continued until May 29,
4  2013.  ECF No. 36.
5       On May 22, 2013, the parties filed a Status Report stating that the parties were still waiting
6  for CDCR to complete its internal approval process.  The parties' request another continuance of
7  the Case Management Conference.  Accordingly, the Court hereby CONTINUES the case
8  management conference to June 26, 2013 at 2:00 p.m.  The parties shall submit their stipulation of
9  dismissal by June 19, 2013.
10 **IT IS SO ORDERED.**
11 Dated: May 28, 2013

_____
LUCY H. KOH
United States District Judge

2
Case No.: 12-CV-1445
THIRD ORDER REGARDING FILING OF STIPULATION OF DISMISSAL; ORDER CONTINUING CASE MANAGEMENT CONFERENCE