United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD METCALFE,                               )<br>                                                          )<br>            Plaintiff,                            )<br>                                                          )<br>    v.                                                 )<br>                                                          )<br> CALIFORNIA DEPARTMENT OF          )<br> CORRECTIONS & REHABILITATION;  )<br> SALINAS VALLEY STATE PRISON ("SVSP"))<br> WARDEN A. HEDGPETH; FORMER SVSP  )<br> WARDEN M. EVANS; FORMER SVSP CHIEF)<br> DEPUTY WARDEN G. NEOTTI; FORMER  )<br> SVSP CHIEF DEPUTY WARDEN G. LEWIS; )<br> CORRECTIONAL TRAINING FACILITY   )<br> ("CTF") WARDEN R. GROUNDS; FORMER )<br> CTF WARDEN(A) C. NOLL; and DOES 1    )<br> THROUGH 50 INCLUSIVE,                  )<br>                                                          )<br>            Defendants.                         )<br>                                                          ) | Case No.: 5:12-CV-1445-LHK<br><br>THIRD ORDER REGARDING<br>FILING OF STIPULATION OF<br>DISMISSAL; ORDER CONTINUING<br>CASE MANAGEMENT<br>CONFERENCE |

On February 19, 2013, Plaintiff Ronald Metcalfe filed a status report in which Plaintiff stated "that at the mediation conducted in this case on Friday, February 15, 2013, a conditional settlement of the entire action was reached, subject to internal approvals within CDCR, necessary governmental approvals, and execution of a formal settlement agreement and release in proper form." ECF No. 32. Plaintiff requested that the Case Management Conference scheduled for February 20, 2013 be continued for thirty days. *See id.* Plaintiff's request was granted and the Case Management Conference was continued to March 20, 2013. ECF No. 33. The parties were

1
Case No.: 12-CV-1445
THIRD ORDER REGARDING FILING OF STIPULATION OF DISMISSAL; ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1  ordered to file their Stipulation of Dismissal by March 20, 2013.  *Id.*  On March 25, 2013, the
2  parties again requested that the Case Management Conference be continued.  ECF No. 34.  The
3  Court granted this request and the Case Management Conference was continued until May 29,
4  2013.  ECF No. 36.

5  On May 22, 2013, the parties filed a Status Report stating that the parties were still waiting
6  for CDCR to complete its internal approval process.  The parties' request another continuance of
7  the Case Management Conference.  Accordingly, the Court hereby CONTINUES the case
8  management conference to June 26, 2013 at 2:00 p.m.  The parties shall submit their stipulation of
9  dismissal by June 19, 2013.

10 **IT IS SO ORDERED.**

11 Dated: May 28, 2013

   _____
   LUCY H. KOH
12 United States District Judge

2
Case No.:  12-CV-1445
THIRD ORDER REGARDING FILING OF STIPULATION OF DISMISSAL; ORDER CONTINUING CASE MANAGEMENT CONFERENCE