United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD METCALFE, ) | Case No.: 12-CV-01445-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | **ORDER DISMISSING  CASE** |
| ) | **WITHOUT PREJUDICE** |
| STATE OF CALIFORNIA, DEPARTMENT OF ) | |
| CORRECTIONS & REHABILITATION, et. al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the parties' stipulation, ECF No. 44, the Court DISMISSES this action without prejudice.  However, the Court retains jurisdiction for the sole purpose of effectuating the settlement agreement. *Id.* The Clerk shall close the file.

The parties shall file a stipulation of dismissal with prejudice by August 26, 2013.

**IT IS SO ORDERED.**

Dated: July 31, 2013

_Lucy H. Koh_____

LUCY H. KOH
United States District Judge

Case No.: 12-CV-01445-LHK
ORDER DISMISSING CASE WITHOUT PREJUDICE