**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD METCALFE,                     ) | Case No.: 12-CV-01445-LHK |
|                                      ) | |
|             Plaintiff,               ) | |
|       v.                             ) | **ORDER DISMISSING CASE** |
|                                      ) | **WITHOUT PREJUDICE** |
| STATE OF CALIFORNIA, DEPARTMENT OF ) | |
| CORRECTIONS & REHABILITATION, et. al, ) | |
|                                      ) | |
|             Defendants.              ) | |
|                                      ) | |

Pursuant to the parties' stipulation, ECF No. 44, the Court DISMISSES this action without prejudice. However, the Court retains jurisdiction for the sole purpose of effectuating the settlement agreement. *Id.* The Clerk shall close the file.

The parties shall file a stipulation of dismissal with prejudice by August 26, 2013.

**IT IS SO ORDERED.**

Dated: July 31, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-01445-LHK
ORDER DISMISSING CASE WITHOUT PREJUDICE